UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
MALIK WHITTAKER

                                 Plaintiff,

   THE CITY OF NEW YORK, et al

                                          AFFIDAVIT OF SERVICE
                                          Docket # 08 03209
                     Defendants
-------------------------------------------------------------------------------------------------------------

        MICHAEL COLIHAN, an attorney duly licensed to practice law before all the courts of the state of New York, affirms the truth of the following under penalties of perjury:

        1. I am over eighteen years of age and reside in the state of New York.

        2. On April 3, 2008 at 100 Church Street, NY, NY at about 2:25pm I served the summons & complaint herein upon THE CITY OF NEW YORK one of the defendants herein by delivering a true copy to MADELYN SANTANA, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state of New York & MS SANTANA a person of suitable age & discretion identified herself as authorized to accept same.

        3. Your affirmant further describes said MADELYN SANTANA as follows: HIispanic female approximately 25 years of age, 5' 2" in height, approximately 110 lbs in weight, with black hair and brown eyes.

Affirmed under penalties of                                        _____
perjury April 3, 2008.                                                   MICHAEL COLIHAN, ESQ.