UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MALIK WHITTAKER,

                                       Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                       Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 03209 (SHS)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
                April 14, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 442-8248

                                  By:          /s/
                                        MARK D. ZUCKERMAN

TO:    Michael Colihan, Esq.
          *Attorney for Plaintiff*
          44 Court Street, Suite 911
          New York, New York 11201
          (718) 488-7788