RECEIVED
MAY 22 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 442-8248
Fax: (212) 788-9776

May 22, 2008

**BY FACSIMILE (212) 805-7924**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  Malik Whittaker v. City of New York, et al., 08 Civ. 03209 (SHS)

Your Honor:

I am Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I write with the consent of plaintiff's counsel. Defendant respectfully requests that the initial conference scheduled for May 30, 2008 at 10:30 a.m. be adjourned to a date at the Court's earliest convenience after defendant files its response to plaintiff's complaint, which is presently due on June 23, 2008. Having received plaintiff's executed C.P.L § 160.50 release, defendant is in the process of obtaining the documents that it needs to respond to the complaint. The parties agree that a more meaningful conference would take place when this process is further along. As such, defendant requests that its request for the relatively short adjournment of the initial conference be granted. No prior requests for same have been made.

Thank you for your consideration herein.

Respectfully submitted,

Mark D. Zuckerman
Senior Counsel

cc: Michael Colihan, Esq. (via facsimile)

*The conference is adjourned to June 27, 2008, at 10:00 a.m.*

SO ORDERED 5/23/08

SIDNEY H. STEIN
U.S.D.J.