FROM :                    FAX NO. :                   May. 17 2005 08:36AM  P2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08



MICHAEL COLIHAN ATTORNEY AT LAW

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

June 26, 2008.

Re: Whittaker v NYC et al 08 cv 03209

Dear Judge Stein:

I represent the plaintiff in this action for violation of his civil rights. I apologize for not writing this letter sooner, but there was some last minute changes in the scheduling of the matter I am actually engaged in. On Friday, June 27, 2008 I will be actually engaged on trial in the matter of Annunziata v NYC, et al before the Hon. Shira Scheindlin.

I thus request the conference scheduled before Your Honor for the same date at 10:00 am be adjourned to a date convenient to this court. This conference has been adjourned once before.

I thank you for your attention & consideration.

MC/ll                                Very Truly Yours,

cc: ACC Mark Zuckerman              Michael Colihan

6/26/08
The trial before Judge Scheindlin commences at 11 A.M. The pretrial conference in this action remains at 10 A.M. in Courtroom 23A.
So ordered.
/s/ SHS

RECEIVED
JUN 2 6 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788


TO: Honorable Sidney H. Stein 212 805- 7924

    Law Department of the City of New York- SFLIT. 212 788-9776 ACC Mark Zuckerman

From: Michael Colihan

RE: Whittaker v NYC et al  08 cv 03209

    This one page letter was sent to all parties via fax