```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MALIK WHITTAKER,                         :     08 Civ. 3209 (SHS)

              Plaintiff,            :

   -against-                            :     ORDER

THE CITY OF NEW YORK, *ET AL.*,          :

             Defendants.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a mid discovery conference on September 12, 2008, at 11:30 a.m.; and

    2.    The last day for completion of discovery is October 31, 2008.

Dated: New York, New York
       June 27, 2008

                                                          SO ORDERED:

                                                        Sidney H. Stein, U.S.D.J.